```
 1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
    DENNIS J. CANTY, ESQ. (SBN 207978)
 2  EMILY CHARLEY, ESQ. (SBN 238542)
    LEVIN SIMES KAISER & GORNICK LLP
 3  One Bush Street, 14th Floor
    San Francisco, California 94104
 4  Telephone    (415) 646-7160
    Facsimile    (415) 981-1270
 5
 6  Attorneys for Plaintiff
 7
 8                      UNITED STATES DISTRICT COURT
 9                     NORTHERN DISTRICT OF CALIFORNIA
10
11
    SANDRA D. BOOKER,                    Case No. C 06 1784 MHP
12
            Plaintiff,                   NOTICE OF VOLUNTARY DISMISSAL
13
       vs.
14                                       HON. MARILYN HALL PATEL
    ASTRAZENECA PHARMACEUTICALS,
15  L.P., et al.
16          Defendants.
17  _____
18
19      NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily
20  dismisses the above-captioned action without prejudice.
21  Dated: May 1, 2006                   LEVIN SIMES KAISER & GORNICK LLP
22
23                                       _____
                                         Dennis J. Canty
24                                       Attorneys for Plaintiff
25
26                                       IT IS SO ORDERED
27                                       [signature]
                                         Judge Marilyn H. Patel
28
```

VOLUNTARY DISMISSAL                                                                PAGE 1